IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY MICHAEL KIRKLAND,

    Petitioner,

vs.                              CASE NO. 5:06cv226/RS

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 4) and Petitioner's Written Objections To Proposed Findings and Recommendations (Doc. 6). The court has reviewed *de novo* the objections raised by Petitioner.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3. This action is dismissed with prejudice.

4. The clerk is directed to close the file.

ORDERED on December 19, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**